UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Ronald Satish Emrit

    v.                                    Case No. 26-cv-180-SE

Barack Hussein Obama, et al


ORDER

The court construes the plaintiff's Notice of Interlocutory Appeal (doc. no. 4) as an objection to the March 24, 2026 Report and Recommendation. After due consideration of the objection so construed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 24, 2026. For the reasons explained therein, this case is dismissed, without prejudice, for improper venue.

The clerk of court shall enter judgment and close the case.

**So Ordered.**

_____
Samantha D. Elliott
Chief Judge

Date: April 9, 2026

cc:  Ronald Satish Emrit, pro se